IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA HOUSING FINANCE AGENCY,

    Plaintiff,

  v.

CECIL DARYL BROWNING, VICKIE LYNN BROWNING, DAVID HERRERA, and DOES 1 through 25, inclusive,

    Defendants.

No. C 12-00105 WHA

**CASE MANAGEMENT ORDER AND ORDER TO SHOW CAUSE**

    A case management conference was called and no one appeared except a substitute lawyer for plaintiff's lawyer. Defendants did not appear at all. Defendants are **ORDERED TO SHOW CAUSE** on **MAY 3, 2012, AT 2:00 P.M.** why they should not be held in contempt for failing to attend the conference. In addition, the case management conference will be **CONTINUED** to that date. Also, there is a hearing on a motion to remand on that same day. All counsel must appear at the May 3 hearing at 2:00 p.m.

    **IT IS SO ORDERED.**

Dated: April 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE