IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOUSING FINANCE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>CECIL DARYL BROWNING, VICKIE LYNN BROWNING, and DAVID HERRERA,<br><br>Defendants.<br>                                                            / | No. C 12-00105 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

*Pro se* defendant David Herrera removed this action to federal court on January 5, 2012. Plaintiff California Housing Finance Agency filed a motion to remand on March 29, 2012. Pursuant to Civil Local Rule 7-3, defendant's opposition or statement of non-opposition to the motion was due April 12, 2012. None was filed. Defendant is **HEREBY ORDERED TO SHOW CAUSE** why the action should not be remanded, given his failure to oppose the pending motion. Defendant must file a written response to this order by **NOON ON MAY 3, 2012.** If no response is filed, plaintiff's motion to remand may be granted. The motion hearing previously set for May 3, 2012, is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE